# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Judge Robert E. Blackburn

Civil Action No. 25-cv-01202-REB

STUDENT DOE,

    Plaintiff,

v.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security, DEPARTMENT OF HOMELAND SECURITY, and
TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,

    Defendants.

---

Civil Action No. 25-cv-01203-REB

STUDENT DOE

Plaintiff,

v.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security;
DEPARTMENT OF HOMELAND SECURTY; and
TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement

Defendants.

---

Civil Action No. 25-cv-01204-REB

STUDENT DOE

Plaintiff,

v.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security;
DEPARTMENT OF HOMELAND SECURTY; and
TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement

Defendants.

Civil Action No. 25-cv-01228-REB

STUDENT DOE

Plaintiff,

v.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security;
DEPARTMENT OF HOMELAND SECURTY; and
TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement

Defendants.

---

Civil Action No. 25-cv-01229-REB

STUDENT DOE

Plaintiff,

v.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security;
DEPARTMENT OF HOMELAND SECURTY; and
TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement

Defendants.

---

Civil Action No. 25-cv-01234-REB

STUDENT DOE

Plaintiff,

v.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security;
DEPARTMENT OF HOMELAND SECURTY; and
TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement

Defendants.

---

Civil Action No. 25-cv-01271-REB

STUDENT DOE

Plaintiff,

v.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security;
DEPARTMENT OF HOMELAND SECURTY; and
TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement

Defendants.

---

Civil Action No. 25-cv-01272-REB

STUDENT DOE

Plaintiff,

v.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security;
DEPARTMENT OF HOMELAND SECURTY; and
TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement

Defendants.

---

## ORDER GRANTING JOINT MOTION TO CONSOLIDATE

**Blackburn, J.**

The matter before me is the **Joint Motion To Consolidate** [#7],[1] filed June 10, 2025.  I grant the motion.

The determination whether to consolidate cases is governed by Rule 42(a) of the Federal Rules of Civil Procedure, which provides, pertinently:

> When actions involving a common question of law or fact are

---

[1] "[#7]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

3

> pending before the court, it may order a joint hearing or trial of any or all the matters in issue in the actions; it may order all the actions consolidated; and it may make such orders concerning proceedings therein as may tend to avoid unnecessary costs or delay.

**FED. R. CIV. P.** 42(a). This rule allows the court "to decide how cases on its docket are to be tried so that the business of the court may be dispatched with expedition and economy while providing justice to the parties." ***Breaux v. American Family Mutual Insurance Co.***, 220 F.R.D. 366, 367 (D. Colo. 2004) (quoting 9 C. WRIGHT & A. MILLER, **FEDERAL PRACTICE AND PROCEDURE** § 2381 at 427 (2nd ed. 1995)). The decision whether to consolidate cases is committed to the court's sound discretion. ***Shump v. Balka***, 574 F.2d 1341, 1344 (10th Cir. 1978).

Clearly, common questions of law and fact predominate in these two cases and consolidation therefore will be appropriate and efficacious for purposes of premerits management. The court's decision in this regard does not prevent the judge to whom this matter may be assigned from resolution on the merits from unconsolidating the cases in his or her discretion.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Motion To Consolidate** [#7], filed June 10, 2025, is granted;

2. That pursuant to Fed. R. Civ. P. 42(a)(2), the following civil actions are consolidated with Civil Action No. 25-cv-01202-REB for purposes of premerits management only:

> Case No. 25-cv-01203-REB
> Case No. 25-cv-01204-REB
> Case No. 25-cv-01228-REB
> Case No. 25-cv-01229-REB
> Case No. 25-cv-01234-REB
> Case No. 25-cv-01271-REB

Case No. 25-cv-01272-REB;

3.  That all future filings in these consolidated actions shall be captioned as shown below:

---

Civil Action No-cv-01202-REB-MDB (Consolidated with Civil Action No. 25-cv-01203-REB, Civil Action No. 25-cv-01204-REB, Civil Action No. 25-cv-01228-REB, Civil Action No. 25-cv-01229-REB, Civil Action No. 25-cv-01234-REB, Civil Action No. 25-cv-01271-REB, Civil Action No. 25-cv-01272-REB)

STUDENT DOE,

    Plaintiff,

v.

KRISTI NOEM, in her official capacity as Secretary of Homeland Security,
DEPARTMENT OF HOMELAND SECURITY, and
TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement,

    Defendants.

---

4.  That the deadline for the parties' submission of the JCMP shall be that established in the latest filed of these consolidated cases.

Dated June 20, 2025, at Denver, Colorado.

                                 **BY THE COURT:**

                                 *[signature]*
                                 Robert E. Blackburn
                                 United States District Judge